JS-6

Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
William M. Pao (SBN 219846)
  william@setarehlaw.com
SETAREH LAW GROUP
315 South Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
BENHAM SOLEIMANI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| BENHAM SOLEIMANI, an individual<br><br>*Plaintiff*,<br><br>vs.<br><br>LIBERTY HARDWARE MFG. CORP; MASCO CORPORATION; HOME DEPOT, U.S.A., INC. and DOES 1 through 100<br><br>*Defendants*. | Case No. CV 19-4262-GM-FFMx<br><br>Assigned For All Purposes To The Honorable George H. Wu, Courtroom 9D<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed: March 26, 2018 |

1  **ORDER**

2  The Court, having considered, accepted, and approved the Stipulation for
3  Dismissal between the parties, ORDERS that the entire action is hereby
4  dismissed with prejudice.
5      IT IS SO ORDERED.

6
7  DATED: July 29, 202            _____
8                                        Hon. George H. Wu
                                      U.S. District Judge

[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE